# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Mid-America Program Service Center
601 East Twelfth Street
Kansas City, Missouri 64106-2817
Date: June 8, 2021
BNC#: 21MS521A29897-A



##0000001 00020298   2 AB  0.428  0604M3MCS6PB T138 P13

VERNON R SPILLMAN
8041 SUNNYMEADE RD
HUNTINGDON, PA 16652-3221

You are entitled to monthly retirement benefits beginning July 2021.

### What We Will Pay And When

- You will receive $1,583.00 for July 2021 around August 3, 2021.

- After that you will receive $1,583.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

### Others Who May Be Eligible For Benefits

Your child may now be eligible for benefits on your record. You named the following child when you applied for benefits:

- MADISON BRENNAN

If you have not filed an application for benefits for the child, please contact us.

### Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077



C                              See Next Page

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Tracey J Spillman              Personnel Number..... 00646759
8041 Sunny Mead Road           Corrections
Huntingdon PA  16652           Pay Period.. 05/30/2021 - 06/12/2021
                               Fed Tax Status: Married
                               Fed Tax Allowances: 00   Period: 13/2021
B/U:A1    Group:03   Level:12
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | 1,035.15 = | 1,499.25 | + | 0.00 | − | 265.95 | − | 198.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 19.99 | 62.37 | 1,246.78 | 16,226.39 |
| Annual Leave Pay | | | | 1,818.11 |
| Paid-Office Closing | | | | 215.38 |
| Sick Leave Pay | 19.99 | 1.13 | 22.59 | 57.83 |
| Sick Family Leave | 19.99 | 4.00 | 79.96 | 189.22 |
| Holiday/Comp lieu Holiday | 19.99 | 7.50 | 149.92 | 737.32 |
| Total Gross | | | 1,499.25 | 19,244.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 88.52 | 1,124.06 |
| TX EE Social Security Tax | 88.55 | 1,136.35 |
| TX EE Medicare Tax | 20.71 | 265.76 |
| State         Pennsylvania | | |
| TX Withholding Tax | 43.85 | 562.73 |
| TX EE Unemployment Tax | 0.90 | 11.55 |
| Local         Oneida Township | | |
| TX Withholding Tax | 21.42 | 274.89 |
| Local         Smithfield Township | | |
| TX Local Services Tax | 2.00 | 26.00 |
| EE Taxes | 265.95 | 3,401.34 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.48 | 481.08 |
| MED Buy Up/Base Cost | 33.57 | 434.91 |
| PAC - AFSCME AFL-CIO | 2.00 | 26.00 |
| SECA One Time Deduction | | 20.00 |
| Supplemental Life Ins | 8.91 | 96.84 |
| AFSCME - 13 Union Dues | 22.49 | 288.69 |
| Full Cov Class AA/Cat 0 | 93.70 | 1,202.74 |
| Total Deductions | 198.15 | 2,550.26 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,035.15 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 88.55 | |
| TX ER Medicare Tax | 20.71 | |
| ER Basic Life | 3.95 | |
| ER Workers Comp Benefit | 47.01 | |
| PR Choice PPO | 502.00 | |
| ER-SERS | 552.32 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,334.50 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Tracey J Spillman                        | Personnel Number..... 00646759              |
| 8041 Sunny Head Road                     | Corrections                                 |
| Huntingdon PA  16652                     | Pay Period.. 05/16/2021 - 05/29/2021        |
|                                          | Fed Tax Status: Married                     |
|                                          | Fed Tax Allowances: 00   Period: 12/2021    |
| B/U:A1    Group:03    Level:12           |                                             |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/11/2021 | 1,035.16 = | 1,499.25 | + | 0.00 | - | 265.94 | - | 198.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 19.99 | 60.00 | 1,199.40 | 14,979.61 |
| Annual Leave Pay | 19.99 | 15.00 | 299.85 | 1,818.11 |
| Paid-Office Closing | | | | 215.38 |
| Sick Leave Pay | | | | 35.24 |
| Sick Family Leave | | | | 109.26 |
| Holiday/Comp lieu Holiday | | | | 587.40 |
| Total Gross | | | 1,499.25 | 17,745.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 88.52 | 1,035.54 |
| TX EE Social Security Tax | 88.54 | 1,047.80 |
| TX EE Medicare Tax | 20.71 | 245.05 |
| State             Pennsylvania | | |
| TX Withholding Tax | 43.85 | 518.88 |
| TX EE Unemployment Tax | 0.90 | 10.65 |
| Local             Oneida Township | | |
| TX Withholding Tax | 21.42 | 253.47 |
| Local             Smithfield Township | | |
| TX Local Services Tax | 2.00 | 24.00 |
| EE Taxes | 265.94 | 3,135.39 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.48 | 443.60 |
| MED Buy Up/Base Cost | 33.57 | 401.34 |
| PAC - AFSCME AFL-CIO | 2.00 | 24.00 |
| SECA One Time Deduction | | 20.00 |
| Supplemental Life Ins | 8.91 | 87.93 |
| AFSCME - 13 Union Dues | 22.49 | 266.20 |
| Full Cov Class AA/Cat 0 | 93.70 | 1,109.04 |
| Total Deductions | 198.15 | 2,352.11 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,035.16 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 88.54 |
| TX ER Medicare Tax | 20.71 |
| ER Basic Life | 3.95 |
| ER Workers Comp Benefit | 47.01 |
| PR Choice PPO | 502.00 |
| ER-SERS | 552.32 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,334.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | 81 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Tracey J Spillman                          Personnel Number..... 00646759
8041 Sunny Mead Road                       Corrections
Huntingdon PA  16652                       Pay Period.. 05/02/2021 - 05/15/2021
                                           Fed Tax Status: Married
                                           Fed Tax Allowances: 00   Period: 11/2021
B/U:A1    Group:03    Level:12
```

| Pay Date | Payment Amount = | Gross | + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|---|
| 05/28/2021 | 1,035.15 = | 1,499.25 | + | 0.00 - | 265.95 - | 198.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 19.99 | 73.50 | 1,469.27 | 13,780.21 |
| Annual Leave Pay | 19.99 | 1.50 | 29.98 | 1,518.26 |
| Paid-Office Closing | | | | 215.38 |
| Sick Leave Pay | | | | 35.24 |
| Sick Family Leave | | | | 109.26 |
| Holiday/Comp lieu Holiday | | | | 587.40 |
| Total Gross | | | 1,499.25 | 16,245.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 88.52 | 947.02 |
| TX EE Social Security Tax | 88.55 | 959.26 |
| TX EE Medicare Tax | 20.71 | 224.34 |
| State              Pennsylvania | | |
| TX Withholding Tax | 43.85 | 475.03 |
| TX EE Unemployment Tax | 0.90 | 9.75 |
| Local              Oneida Township | | |
| TX Withholding Tax | 21.42 | 232.05 |
| Local              Smithfield Township | | |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 265.95 | 2,869.45 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.48 | 406.12 |
| MED Buy Up/Base Cost | 33.57 | 367.77 |
| PAC - AFSCME AFL-CIO | 2.00 | 22.00 |
| SECA One Time Deduction | | 20.00 |
| Supplemental Life Ins | 8.91 | 79.02 |
| AFSCME - 13 Union Dues | 22.49 | 243.71 |
| Full Cov Class AA/Cat 0 | 93.70 | 1,015.34 |
| Total Deductions | 198.15 | 2,153.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,035.15 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 88.55 |
| TX ER Medicare Tax | 20.71 |
| ER Basic Life | 3.95 |
| ER Workers Comp Benefit | 47.01 |
| PR Choice PPO | 502.00 |
| ER-SERS | 552.32 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,334.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Tracey J Spillman                    Personnel Number..... 00646759
8041 Sunny Mead Road                 Corrections
Huntingdon PA  16652                 Pay Period.. 04/18/2021 - 05/01/2021
                                     Fed Tax Status: Married
                                     Fed Tax Allowances: 00   Period: 10/2021
B/U:A1    Group:03   Level:12
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 05/14/2021 | 1,035.15 = | 1,499.25 + | 0.00 - | 265.95 - | 198.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 19.99 | 74.50 | 1,489.26 | 12,310.94 |
| Annual Leave Pay | 19.99 | 0.50 | 9.99 | 1,488.28 |
| Paid-Office Closing | | | | 215.38 |
| Sick Leave Pay | | | | 35.24 |
| Sick Family Leave | | | | 109.26 |
| Holiday/Comp lieu Holiday | | | | 587.40 |
| Total Gross | | | 1,499.25 | 14,746.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 88.52 | 858.50 |
| TX EE Social Security Tax | 88.55 | 870.71 |
| TX EE Medicare Tax | 20.71 | 203.63 |
| State             Pennsylvania | | |
| TX Withholding Tax | 43.85 | 431.18 |
| TX EE Unemployment Tax | 0.90 | 8.85 |
| Local             Oneida Township | | |
| TX Withholding Tax | 21.42 | 210.63 |
| Local             Smithfield Township | | |
| TX Local Services Tax | 2.00 | 20.00 |
| EE Taxes | 265.95 | 2,603.50 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.48 | 368.64 |
| MED Buy Up/Base Cost | 33.57 | 334.20 |
| PAC - AFSCME AFL-CIO | 2.00 | 20.00 |
| SECA One Time Deduction | | 20.00 |
| Supplemental Life Ins | 8.91 | 70.11 |
| AFSCME - 13 Union Dues | 22.49 | 221.22 |
| Full Cov Class AA/Cat 0 | 93.70 | 921.64 |
| Total Deductions | 198.15 | 1,955.81 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,035.15 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 88.55 |
| TX ER Medicare Tax | 20.71 |
| ER Basic Life | 3.95 |
| ER Workers Comp Benefit | 47.01 |
| PR Choice PPO | 502.00 |
| ER-SERS | 552.32 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,334.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Tracey J Spillman                    Personnel Number..... 00646759
8041 Sunny Mead Road                 Corrections
Huntingdon PA  16652                 Pay Period.. 04/04/2021 - 04/17/2021
                                     Fed Tax Status: Married
                                     Fed Tax Allowances: 00   Period: 09/2021
B/U:A1     Group:03    Level:12
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | 1,035.16 = | 1,499.25 | + | 0.00 | − | 265.94 | − | 198.15 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 19.99 | 75.00 | 1,499.25 | 10,821.68 |
| Annual Leave Pay | | | | 1,478.29 |
| Paid-Office Closing | | | | 215.38 |
| Sick Leave Pay | | | | 35.24 |
| Sick Family Leave | | | | 109.26 |
| Holiday/Comp lieu Holiday | | | | 587.40 |
| Total Gross | | | 1,499.25 | 13,247.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 88.52 | 769.98 |
| TX EE Social Security Tax | 88.55 | 782.16 |
| TX EE Medicare Tax | 20.70 | 182.92 |
| State             Pennsylvania | | |
| TX Withholding Tax | 43.85 | 387.33 |
| TX EE Unemployment Tax | 0.90 | 7.95 |
| Local             Oneida Township | | |
| TX Withholding Tax | 21.42 | 189.21 |
| Local             Smithfield Township | | |
| TX Local Services Tax | 2.00 | 18.00 |
| EE Taxes | 265.94 | 2,337.55 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.48 | 331.16 |
| MED Buy Up/Base Cost | 33.57 | 300.63 |
| PAC - AFSCME AFL-CIO | 2.00 | 18.00 |
| SECA One Time Deduction | | 20.00 |
| Supplemental Life Ins | 8.91 | 61.20 |
| AFSCME - 13 Union Dues | 22.49 | 198.73 |
| Full Cov Class AA/Cat 0 | 93.70 | 827.94 |
| Total Deductions | 198.15 | 1,757.66 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,035.16 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 88.55 |
| TX ER Medicare Tax | 20.70 |
| ER Basic Life | 3.95 |
| ER Workers Comp Benefit | 47.01 |
| PR Choice PPO | 502.00 |
| ER-SERS | 552.32 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,334.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|