**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **VERNON R. SPILLMAN** and **TRACEY J. SPILLMAN,**      **Debtors** | Case No. 1:20-bk-01529-HWV <br> Chapter 7 |

## CERTIFICATE OF SERVICE

Certified, true and correct copies of the Debtors' Social Security Notice of Award (for Vernon R. Spillman) and Income Records (for Tracey J. Spillman) were served on Leon P. Haller, Chapter 7 Trustee, via email on July 26, 2021.

                                                    /s/ Ray A. Ghaner
                                                    Ray A. Ghaner, Esquire