Certificate Number: 15317-PAM-DE-035958731

Bankruptcy Case Number: 20-01529



15317-PAM-DE-035958731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2021</u>, at <u>5:11</u> o'clock <u>PM PDT</u>, <u>Vernon R Spillman</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 31, 2021</u>     By: <u>/s/Khaira Sakaluran</u>

Name: <u>Khaira Sakaluran</u>

Title: <u>Credit Counselor</u>

Certificate Number: 15317-PAM-DE-035958732

Bankruptcy Case Number: 20-01529



15317-PAM-DE-035958732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2021</u>, at <u>5:11</u> o'clock <u>PM PDT</u>, <u>Tracey J Spillman</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 31, 2021</u>     By: <u>/s/Khaira Sakaluran</u>

Name: <u>Khaira Sakaluran</u>

Title: <u>Credit Counselor</u>