United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Vernon R. Spillman  
Tracey J. Spillman  
    Debtors

Case No. 20-01529-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 29, 2021      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Vernon R. Spillman, Tracey J. Spillman, 2501 Warm Springs Avenue, Huntingdon, PA 16652-2943 |
| 5327695 | + | Discover, P.O. Box 6303, Carol Stream, IL 60197-6303 |
| 5338043 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5431462 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5327697 | + | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 5333209 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5327698 | | Lend Mark Financial Services, Nittany Commons, 2264 E. College Avenue, State College, PA 16801-7205 |
| 5431461 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5327699 | | One Main Financial, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 5327702 | + | PSECU, P.O. Box 67012, Harrisburg, PA 17106-7012 |
| 5327704 | + | U.S. Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 5327706 | | Victoria's Secret - Pink, P.O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5327692 | | Email/Text: paymentprocessing@avanteusa.com | Nov 29 2021 18:39:00 | Avante USA, 3600 S. Gessner Road, Suite 225, Houston, TX 77063 |
| 5327691 | | EDI: WFNNB.COM | Nov 29 2021 23:43:00 | Abercrombie & Fitch, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5327693 | | EDI: CITICORP.COM | Nov 29 2021 23:43:00 | Best Buy, P.O. Box 6204, Sioux Falls, SD 57117-6204 |
| 5343840 | | EDI: CITICORP.COM | Nov 29 2021 23:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5332042 | | EDI: DISCOVER.COM | Nov 29 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5327696 | | EDI: DISCOVERPL | Nov 29 2021 23:43:00 | Discover Personal Loans, P.O. Box 6105, Carol Stream, IL 60197-6105 |
| 5327694 | | EDI: JPMORGANCHASE | Nov 29 2021 23:43:00 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 5333209 | + | Email/Text: RASEBN@raslg.com | Nov 29 2021 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5330129 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 29 2021 18:39:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 5329957 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 18:46:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5328572 | | EDI: AGFINANCE.COM | Nov 29 2021 23:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5327701 | | Email/Text: bankruptcynotices@psecu.com | Nov 29 2021 18:39:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5327700 | | EDI: RMSC.COM | Nov 29 2021 23:43:00 | PayPal Credit, P.O. Box 960006, Orlando, FL 32896-0006 |
| 5343546 | | EDI: Q3G.COM | Nov 29 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5343612 | | EDI: Q3G.COM | Nov 29 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5338397 | | EDI: Q3G.COM | Nov 29 2021 23:43:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5333821 | | EDI: Q3G.COM | Nov 29 2021 23:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5327703 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 29 2021 18:46:34 | Regional Acceptance, P.O. Box 830913, Birmingham, AL 35283-0913 |
| 5328825 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 29 2021 18:46:34 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5342782 | + | EDI: RMSC.COM | Nov 29 2021 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5343874 | + | EDI: LCIFULLSRV | Nov 29 2021 23:43:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5327705 | | EDI: WFNNB.COM | Nov 29 2021 23:43:00 | Ulta Beauty, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 5342899 | | EDI: AIS.COM | Nov 29 2021 23:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 01, 2021 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Ray Allan Ghaner | on behalf of Debtor 1 Vernon R. Spillman ghanerlaw@yahoo.com rayghaner@yahoo.com |
| Ray Allan Ghaner | on behalf of Debtor 2 Tracey J. Spillman ghanerlaw@yahoo.com rayghaner@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Vernon R. Spillman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2663<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Tracey J. Spillman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8588<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-01529-HWV | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vernon R. Spillman               Tracey J. Spillman

**By the court:**   *[signature]*

11/29/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**